# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| Case No.: | 11-29196 |
| Judge: | Pamela E. Pepper |
| Chapter: | Chapter 13 |

**In Re: Dionisios Christoforos**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Geraci Law, LLC, Attorneys for the Debtor, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk, U.S. Bankruptcy Court
> 517 E. Wisconsin Ave., Rm. 126
> Milwaukee, WI 53202

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Email: wal@geracilaw.com

Rec. No: 534834
Notice and Request to Modify Chapter 13 Plan

| | |
|---|---|
| United States Trustee<br>Eastern District of Wisconsin<br>517 East Wisconsin Avenue, Room 430<br>Milwaukee, WI 53202 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203 |
| Geraci Law, LLC<br>Andrew M. Golanowski<br>2505 N. Mayfair Rd. #101<br>Wauwatosa, WI 53226 | Dionisios Christoforos<br><br>1914 N Main St<br>Racine, WI 53402 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

### REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor, through his Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation

    B. \_\_X\_\_ pre-confirmation (Select i. or ii.);

    i. \_\_\_\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. \_\_X\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to provide for all claims.

5. Select A. or B.

   A. _____ The Chapter 13 Plan confirmed or last modified on _____ (date) is modified as follows: (State the specific language of the modification.)

   B. __X____ The unconfirmed Chapter 13 Plan is modified as follows: Kay Jewelers will be paid their full claim, at 3.25% interest, pro rata. Claim amount is $136.

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Monday, September 12, 2011.

> By: */s/ Andrew M. Golanowski*
> Andrew M. Golanowski
> Attorney for Debtor
> Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

Rec. No: 534834
Notice and Request to Modify Chapter 13 Plan

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| | Case No.: 11-29196 |
| | Judge: Pamela E. Pepper |
| | Chapter: Chapter 13 |
| In Re: Dionisios Christoforos | |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Monday, September 12, 2011:

Dionisios Christoforos  **SEE ATTACHED LIST**
1914 N Main St
Racine, WI 53402

Additionally, the documents referenced above were also served via electronic means on the following individuals on Monday, September 12, 2011:

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Monday, September 12, 2011.

By: /s/ Andrew M. Golanowski
Andrew M. Golanowski
Attorney of the Debtor
Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

Rec. No: 534834
Notice and Request to Modify Chapter 13 Plan

| | | |
|---|---|---|
| Reinhart Foodservices LLC<br>Attn: Bankruptcy Dept.<br>9950 S Reinhart Drive PO Box<br>Oak Creek, WI  53154-0395 | First Premier BANK<br>Attn: Bankruptcy Dept.<br>601 S Minnesota Ave<br>Sioux Falls, SD  57104 | Sysco Eastern Wisconsin<br>Attn: Bankruptcy Dept.<br>One Sysco Dr.<br>Jackson, WI  53037 |
| Aargon Agency INC<br>Attn: Bankruptcy Dept.<br>3025 W Sahara Ave<br>Las Vegas, NV  89102 | Citgo/CBSD<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD  57117 | Commercial Recovery Group<br>Attn: Bankruptcy Dept.<br>1012 State College RD<br>Dover, DE  19904 |
| Marshall & Ilsley Bank<br>Attn: Bankruptcy Dept.<br>770 N Water St<br>Milwaukee, WI  53202 | Shell/CITI<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD  57117 | WE Energies<br>Elaine<br>333 W. Everett Street<br>Milwaukee, WI  53203 |
| T-Mobile<br>C/O Pinnacle Financial GRO<br>7825 Washington Ave S St<br>Minneapolis, MN  55439 | HSBC/Bsbuy<br>Attn: Bankruptcy Dept.<br>Po Box 15519<br>Wilmington, DE  19850 | Dept. Workforce Development<br>Unemployment Insurance<br>P.O. Box 7905<br>Madison, WI  53707-7905 |
| Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA  30374 | HSBC BANK<br>Attn: Bankruptcy Dept.<br>Po Box 5253<br>Carol Stream, IL  60197 | Wisconsin Dept. of Revenue<br>Bankruptcy Notice<br>2135 Rimrock Road<br>Madison, WI  53713 |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX  75013 | Merrick BANK<br>Attn: Bankruptcy Dept.<br>Po Box 9201<br>Old Bethpage, NY  11804 | IRS Priority Debt<br>Attn: Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia, PA  19101 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA  19022 | THD/CBSD<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD  57117 | Castleman and Sons Plumbing<br>Attn: Bankruptcy Dept.<br>11725 W Scherrei Dr.<br>Franklin, WI  53132 |
| KAY Jewelers<br>Attn: Bankruptcy Dept.<br>375 Ghent Rd<br>Akron, OH  44333 | HSBC/Mnrds<br>Attn: Bankruptcy Dept.<br>90 Christiana Rd<br>New Castle, DE  19720 | Milwaukee County Circuit Cour<br>2010CV015609<br>901 N. 9th ST.<br>Milwaukee, WI  53233 |
| CCS/FIRST SAVINGS BANK<br>Attn: Bankruptcy Dept.<br>500 E 60Th St N<br>Sioux Falls, SD  57104 | HSBC BANK<br>Attn: Bankruptcy Dept.<br>Po Box 5253<br>Carol Stream, IL  60197 | Milwaukee County Circuit Cour<br>2011SC007673<br>901 N. 9th ST.<br>Milwaukee, WI  53233 |
| First Premier BANK<br>Attn: Bankruptcy Dept.<br>601 S Minnesota Ave<br>Sioux Falls, SD  57104 | Waukesha Wholesale Foods<br>Attn: Bankruptcy Dept.<br>900 Gale St<br>Waukesha, WI  53186 | Milwaukee College Physicians<br>Attn: Bankruptcy Department<br>1155 N. Mayfair Rd.<br>Milwaukee, WI  53213 |
| Capital One<br>Attn: Bankruptcy Dept.<br>Po Box 85520<br>Richmond, VA  23285 | Performance Food  Group Co.<br>Attn: Bankruptcy Dept.<br>PO BOX 7210<br>Rock Island, IL  61204 | Main Street Law Offices LLC<br>2010CV015609<br>504 Main St, #200<br>La Crosse, WI  54602 |

Kohner, Mann & Kailas SC
2011SC007673
4650 N. Port Washington Rd.
Milwaukee, WI  53212

Judley Wyant
Bankruptcy Notice
510 College Ave
Racine, WI  53401